UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX JOE GONZALEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CDCR CALIFORNIA STATE PRISON, et al.,<br><br>　　　　Defendants. | Case No.  1:25-cv-01882-HBK (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. No. 2)<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY THE CALIFORNIA DEPARTMENT OF CORRECTIONS |

Plaintiff, a prisoner, initiated this action on December 16, 2025, by filing a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983.  (Doc. No. 1, Complaint).  Plaintiff seeks leave to proceed *in forma pauperis* on his complaint (Doc. No. 2) and submitted a copy of his prison trust fund statement and/or certification from prison officials in support.  (Doc. No. 6).  Plaintiff has made the showing required by § 1915(a) to proceed *in forma pauperis* but remains obligated to pay the full $350.00 statutory filing fees as set forth in 28 U.S.C. § 1915.  **Pursuant to § 1915(b)(1)(A), Plaintiff is obligated to make an initial payment of $15.00[1] (20% of the average 6-month deposits to the prisoner's account).**  Thereafter, Plaintiff must make monthly

---

[1] The statute requires an initial filing fee of 20% of the greater of the six-months average monthly deposits to, or average monthly balance in, a prisoner's account.  28 U.S.C. § 1915(b)(1)(A), (B).  Here, Plaintiff had over $450.00 in deposits to his account over the relevant six-month period.

1 payments of 20% of the preceding month's income credited to his trust account. The California
2 Department of Corrections is required to send the initial $15.00 payment to the Clerk of the Court
3 and subsequent payments from Plaintiff's account each time the amount in his account exceeds
4 $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

ACCORDINGLY, it is **ORDERED**:

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is GRANTED.

2. **The Secretary of the California Department of Corrections, or his designee shall forward an initial payment of $15.00 to the Clerk of the Court from Plaintiff's prison trust account in accordance with 28 U.S.C. § 1915(b)(1)(B) and shall make future monthly payments in an amount equal to twenty percent (20%) of the preceding month's income credited to the Plaintiff's trust account each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.** The payments shall be clearly identified by the name and number assigned to this action.

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Secretary of the California Department of Corrections, via the court's electronic case filing system (CM/ECF).

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

Dated:    December 21, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2