# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX JOE GONZALEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CDCR CALIFORNIA STATE PRISON, et al.,<br><br>　　　　　Defendants. | No.  1:25-cv-01882-JLT-FRS (BAM) (PC)<br><br>ORDER CONSTRUING PLAINTIFF'S NOTICE OF CONFLICT OF INTERESTS AS A MOTION TO CHANGE VENUE<br>(ECF No. 14)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO CHANGE VENUE<br>(ECF No. 14) |

Plaintiff Alex Joe Gonzalez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The complaint has not yet been screened.

Currently before the Court is Plaintiff's filing titled "Conflict of Interests," filed January 26, 2026.  (ECF No. 14.)  Plaintiff states that he has been mailing his documents for this action to: 501 I Street, Suite 15-220, Sacramento, California.  However, he has received orders from the Eastern District Court located in Fresno, California.  Plaintiff believes that his mail was re-directed to the assigned Magistrate Judge in Fresno, California, and that some suspicious activities are making his civil suit a conflict of interest in California.  (*Id.*)

While it does not appear Plaintiff is requesting any particular form of relief, the Court issues this order to clarify for Plaintiff that no conflict of interests exists in his case at this time.

To the extent Plaintiff is requesting that his case be transferred to the Sacramento Division, the request is denied.  Plaintiff's action is proceeding in the Fresno Division of the

1

United States District Court for the Eastern District of California because Plaintiff's complaint alleges violations that occurred at the California Substance Abuse Treatment Facility ("SATF") in Corcoran, California.  As SATF is located in the Fresno Division of the Eastern District of California, Plaintiff's action will be heard in the Fresno Division.  28 U.S.C. § 1391(b) ("A civil action may be brought in—(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; [or] (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred . . . .").

As explained to Plaintiff in the First Informational Order issued on December 16, 2025, any documents Plaintiff wishes to file should be mailed to:

**Clerk of the Court**
**Room 1501**
**United States District Court**
**2500 Tulare Street**
**Fresno, California 93721**

(ECF No. 4, p. 2.)  However, any documents Plaintiff mistakenly mails to the Sacramento Division, if they include the correct case number, will still be filed in this action.  Any orders issued by the assigned Magistrate Judge or District Judge in this action will continue to be mailed from the Fresno Division.

Accordingly, IT IS HEREBY ORDERED as follows:

1.  Plaintiff's notice of conflict of interests, (ECF No. 14), is CONSTRUED as a motion to transfer venue;

2.  Plaintiff's motion to transfer venue, (ECF No. 14), is DENIED, without prejudice; and

3.  Plaintiff's complaint will be screened in due course.

IT IS SO ORDERED.

Dated:    **January 28, 2026**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

2