**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEX JOE GONZALEZ, | No. 1:25-cv-01882 JLT FJS (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING PLAINTIFF'S MOTION FOR ARREST |
| v. | |
| CDCR CALIFORNIA STATE PRISON, *et al.*, | (Doc. 20) |
| Defendants. | |

Alex Joe Gonzalez is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 20, 2026, Plaintiff filed a motion for arrest. (Doc. 19.) On April 23, 2026, the assigned Magistrate Judge construed the motion as a request for injunctive relief and issued findings and recommendations to deny the motion. (Doc. 20) Plaintiff timely filed a response, which the Court construes as objections to the findings and recommendations. (Doc. 21.) Plaintiff's objections purport to provide additional support for his original motion but provide no cogent basis for departing from those recommendations.

According to 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court concludes the findings and recommendations are supported by the record and by proper analysis.

1

Thus, the Court **ORDERS**:

1. The findings and recommendations issued on April 23, 2026, (Doc. 20), are **ADOPTED IN FULL**.

2. Plaintiff's motion for arrest, (Doc. 19), is **DENIED**.

3. The matter is referred to the assigned Magistrate Judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:    **May 15, 2026**

_____
UNITED STATES DISTRICT JUDGE