UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX JOE GONZALEZ,<br>Plaintiff,<br>v.<br>CDCR CALIFORNIA STATE PRISON, *et al.*,<br>Defendants. | Case No. 1:25-cv-01882-JLT-FJS (PC)<br>ORDER GRANTING PLAINTIFF'S MOTION FOR CASE STATUS<br>(ECF No. 23) |

Plaintiff Alex Joe Gonzalez ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The court has not yet screened the complaint.

On August 10, 2026, Plaintiff filed a document titled "Defense Motion," which was docketed as a motion for case status. (ECF No. 23.) The motion is deemed submitted. Local Rule 230(l).

In his motion, Plaintiff sets forth a variety of acts allegedly committed by defendants since the filing of the complaint in this action. (ECF No. 23.) Aside from these allegations, for which Plaintiff does not request any particular relief, Plaintiff requests only that the court confirm whether discovery in this action is open or not.

Plaintiff is informed that the complaint is pending screening before the court. The court must screen the complaint to determine whether it is subject to dismissal or whether the action

should proceed to discovery on Plaintiff's claims. 28 U.S.C. § 1915(e)(2)(B)(ii) ("Notwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall dismiss the case at any time if the court determines that . . . the action or appeal . . . fails to state a claim upon which relief may be granted.") If the complaint is found to state any cognizable claims against any defendants, the court will then order service of process. After any defendant is served and appears in this action, the court will issue an order notifying Plaintiff of the discovery procedures and deadlines. Discovery is not currently available.

Plaintiff is reminded that the court screens complaints in the order in which they are filed and strives to avoid delays whenever possible. But there are hundreds of prisoner civil rights cases presently pending before the court; delays are inevitable. Due to the heavy caseload, Plaintiff's complaint is still awaiting screening. The court is aware of the pendency of this case and will screen Plaintiff's complaint in due course. Currently, Plaintiff does not need to take any action.

Accordingly, Plaintiff's motion for case status, (ECF No.23), is HEREBY GRANTED, as discussed above.

IT IS SO ORDERED.

Dated: **August 21, 2026**

UNITED STATES MAGISTRATE JUDGE